448 A.2d 1158

Commonwealth v. Harris, Appellant.

Petition for Allowance of Appeal Denied Nov. 5, 1982.

Submitted October 28, 1981. Richard S. Levine, for appellant; Stella L. Smetanka, Assistant District Attorney, for Commonwealth, appellee.

568

Before SPAETH, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.